**\*\* NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DERRICK LAVEN HAYTER | § | |
| VS. | § | CIVIL ACTION NO. 9:20-CV-220 |
| 420TH JUDICIAL DISTRICT COURT, NACOGDOCHES | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Derrick Lavon Hayter, a pre-trial detainee currently confined at the Nacogdoches County Jail, proceeding *pro se*, brings this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the habeas petition be dismissed without prejudice for failure to exhaust administrative remedies (docket entry no. 3).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Final Judgment will be entered in this

case in accordance with the Magistrate Judge's recommendations.

So ORDERED and SIGNED, Jan 06, 2021.

                                                  Ron Clark
                                                  Senior Judge